# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW D. WETZEL

NO. 2021 KW 0144

**MARCH 30, 2021**

---

In Re:    Andrew D. Wetzel, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          72-2020-02609.

---

**BEFORE:    THERIOT, WOLFE, AND HESTER, JJ.**

    **WRIT DENIED.** The record of the office of the Clerk of Court of St. Tammany Parish shows that on March 8, 2021, the state filed a bill of information charging relator with one count of simple burglary. See **State v. Varmall**, 539 So.2d 45 (La. 1989) (*per curiam*).

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
      FOR THE COURT